UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE AUSTIN, AK4262,

          Plaintiff,

    v.

TAMMY FOSS, et al.,

          Defendant(s).

Case No. 21-cv-01098-CRB  (PR)

**ORDER OF DISMISSAL**

      On May 6, 2021, the court dismissed plaintiff's pro se prisoner complaint under 42 U.S.C. § 1983 with leave to amend to cure various legal deficiencies, if possible, within 28 days. The court made clear that "[f]ailure to file a proper amended complaint within the designated time will result in the dismissal of this action." May 6, 2021 Order (ECF No. 8) at 3.

      More than 28 days have passed but plaintiff has neither filed an amended complaint nor sought an extension of time to do so. The action accordingly is DISMISSED.

      The clerk is instructed to close the file.

      **IT IS SO ORDERED**.

Dated: June 15, 2021

_____

CHARLES R. BREYER
United States District Judge